Case 4:14-cv-01793   Document 45   Filed on 02/14/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE EAGLIN, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-1793 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

### FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, and the Court's *Memorandum and Order* dated June 5, 2017, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 14th day of February, 2018.

_____
Kenneth M. Hoyt
United States District Judge